**Dismissed and Opinion Filed October 8, 2021**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

---

### No. 05-21-00723-CV

---

### TRANG PHAN, Appellant
### V.
### SARIKA THARAKAN, Appellee

---

### On Appeal from the County Court at Law No. 4
### Collin County, Texas
### Trial Court Cause No. 004-02969-2020

---

## MEMORANDUM OPINION

Before Justices Myers, Partida-Kipness, and Carlyle
Opinion by Justice Partida-Kipness

Before the Court is appellant's motion to dismiss the appeal based on settlement. We grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).


/Robbie Partida-Kipness
ROBBIE PARTIDA-KIPNESS
JUSTICE

210723F.P05



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

TRANG PHAN, Appellant

No. 05-21-00723-CV      V.

SARIKA THARAKAN, Appellee

On Appeal from the County Court at Law No. 4, Collin County, Texas
Trial Court Cause No. 004-02969-2020.
Opinion delivered by Justice Partida-Kipness, Justices Myers and Carlyle participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

Subject to any agreement between the parties, we **ORDER** that appellee Sarika Tharakan recover her costs, if any, of this appeal from appellant Trang Phan.

Judgment entered October 8, 2021.